

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ GONZALEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3844-RSH-GC<br><br>**ORDER GRANTING PETITION**<br>**FOR WRIT OF HABEAS CORPUS** |

On July 2, 2026, petitioner Armando Gonzalez Gonzalez filed through counsel a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that he has been subjected to mandatory detention under 8 U.S.C. § 1225(b)(2), in violation of the Immigration and Nationality Act as recognized by *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025). *See* ECF No. 1 ¶¶ 6, 15, 34–36. He also claims such mandatory detention without a bond hearing violates due process. *Id.* ¶ 45. Petitioner requests his release, or in the alternative, a bond hearing under 8 U.S.C. § 1226(a) within seven days. *Id.* at 12.

///

On July 8, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 1–2.

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing for petitioner Armando Gonzalez Gonzalez within ***seven (7) days of the date of this order***, or within such longer period of time as may be requested by Petitioner. The Court declines to order Petitioner's immediate release, on the grounds that the Petition does not establish a basis for that relief. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: July 9, 2026

_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-3844-RSH-GC